CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB - 7 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARLAND ANDREW HORN, <br> Plaintiff, | ) <br> ) Civil Action No. 7:07-cv-00546 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| MR. JACK LEE, et al., <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 7th day of February, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge